

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Georgina Rendon,

\* From the 70th District Court
of Ector County,
Trial Court No. A-17-07-0806-CV

Vs. No. 11-19-00260-CV

\* August 19, 2021

Bobby Swanson, Bobby Swanson, Inc.,
and Model Cleaners,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Georgina Rendon.